IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISTOPHER DENORIA BEAL, :
:
            Plaintiff, :
:
VS. :
: NO. 7:24-CV-10-WLS-TQL
RALPH SHROPSHIRE, :
:
            Defendant. :
_____ :

## ORDER

Plaintiff Christopher Denoria Beal, a prisoner in Valdosta State Prison in Valdosta, Georgia, filed a 42 U.S.C. § 1983 complaint and a motion to proceed *in forma pauperis*. ECF Nos. 1; 2. Plaintiff had sufficient funds in his inmate trust fund account to pay the filing fee. ECF Nos. 2; 4. His motion to proceed in forma pauperis was, therefore, denied and he was ordered to pay $405.00 if he wanted to proceed with his civil action. ECF No. 4. Plaintiff did not pay the filing fee or otherwise respond. On February 29, 2024, the United States Magistrate Judge ordered Plaintiff to show cause why his action should not be dismissed due to his failure to respond to the January 30, 2024 Order. ECF No. 5. Plaintiff was given fourteen days from February 29, 2024 to respond, and he failed to do so.

Due to Plaintiff's failure to respond and follow the January 30, 2024 and February 29, 2024 Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas*

*Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 25th day of March, 2024.

_____
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT