IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER DENORIA BEAL, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-10 (WLS-TQL) |
| | * |
| RALPH SHROPSHIRE, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of March, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk